# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 2/19/2025 |
| Case: 1:25–bk–00028–HWV | Form ID: ordsmiss | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      Nationstar Mortgage LLC

    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr       Jack N Zaharopoulos     info@pamd13trustee.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Terry H Herrick     6596 Lincoln Way West     Saint Thomas, PA 17252
5681934     Capital One N.A.     by AIS InfoSource LP as agent     PO Box 71083     Charlotte, NC 28272–1083
5682334     LVNV Funding, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603–0587
5689028     MERRICK BANK     Resurgent Capital Services     PO Box 10368     Greenville, SC 29603–0368
5680473     Mr. Cooper     PO Box 619098     Dallas, TX 75261
5684882     Nationstar Mortgage LLC     c/o ALDRIDGE PITE, LLP     3333 Camino del Rio South, Suite 225     San Diego, CA 92108
5686944     OneMain Financial     PO Box 3251     Evansville, IN 47731
5688331     U.S. Bank NA dba Elan Financial     Bankruptcy Department     PO Box 108     Saint Louis MO 63166–0108

    TOTAL: 8